# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., | )<br>)<br>) |
| Plaintiff, | ) No. 4:14-CV-809-JAR |
| v. | ) |
| MAGRUDER CONSTRUCTION CO., INC., | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

On May 28, 2014, this matter came before the Court for hearing on Plaintiff's Motion for Preliminary Injunction, Motion for Appointment of Receiver, and Defendant's Motion to Dismiss. By agreement of the parties, and in accordance with the rulings made on the record,

**IT IS HEREBY ORDERED** that the Amended Temporary Restraining Order [7] shall remain in full force and effect through **Monday, July 28, 2014**, with the same bond previously ordered.

**IT IS FURTHER ORDERED** that the parties shall each have seven (7) days to submit any affidavits in support of or in opposition to Plaintiff's Motion for Appointment of Receiver [4]. At that time the Court will take the Motion for Appointment of Receiver under submission through **Monday, July 28, 2014**.

**IT IS FURTHER ORDERED** that Plaintiff shall have seven (7) days to file a response to Defendant's Motion to Dismiss and Defendant shall have three (3) days to file a reply. At that time the Court will take the Motion to Dismiss under submission through **Monday, July 28, 2014**.

**IT IS FINALLY ORDERED** that the parties shall file a status report with the Court on or before **Monday, July 28, 2014**, and make an appropriate motion as to the extension or modification of this Order.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**

Dated this 29th day of May, 2014.