UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | |
| Plaintiff, | ) | No. 4:14-CV-809-JAR |
| v. | ) | |
| MAGRUDER CONSTRUCTION CO., INC., | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

A telephone conference was held with counsel on the notice provided by Plaintiff Bank of America. (Doc. No. 31) The Court finds the Bank has complied with the notice requirement set out in the Second Amended Temporary Restraining Order. Defendant has an adequate remedy at law if any action taken by the Bank is found contrary to the Loan Agreement. The Court reserves ruling on any requests for attorney's fees and sanctions.

                                                                              _/s/ John A. Ross_
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**

Dated this 18th day of June, 2014.