UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., | )<br>)<br>) |
| Plaintiff, | ) No. 4:14-CV-809-JAR<br>) |
| v. | )<br>) |
| MAGRUDER CONSTRUCTION CO., INC., | )<br>) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on a Motion to Intervene filed by Mark Games as Trustee of the Mark Charles Games Living Trust, Merle McGlasson as Trustee of the Merle H. McGlasson Living Trust, and Mark Magruder as Trustee of the Mark H. Magruder Living Trust (collectively the "Shareholders"). (Doc. No. 36) Defendant Magruder Construction Co., Inc. does not oppose the motion. (Doc. No. 45) Plaintiff Bank of America, N.A. has filed no response to the motion. The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Intervene of Mark Games, Merle McGlasson and Mark Magruder [36] is **GRANTED**.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 14th day of July, 2014.