UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., | ) |
| Plaintiff, | ) No. 4:14-CV-809-JAR |
| v. | ) |
| MAGRUDER CONSTRUCTION CO., INC., | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the Motion for Leave to Withdraw as counsel of record for Defendant Magruder Construction Co., Inc., filed by Rosenblum Goldenhersh, John J. Gazzoli, Jr. and Theresa A. Phelps (Doc. No. 54), and Defendant Magruder Construction Co., Inc.'s Motion for Extension of Time to Answer Verified Complaint. (Doc. No. 55) Upon consideration,

**IT IS HEREBY ORDERED** that the Motion for Leave to Withdraw [54] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Magruder Construction Co., Inc.'s Motion for Extension of Time to Answer Verified Complaint [55] is **GRANTED** in part. Defendant is granted 45 days, up to and including **September 16, 2014**, to file its Answer to the Verified Complaint. (Doc. No. 55)

Dated this 1st day of August, 2014.

                                      */s/ John A. Ross*
                                      **JOHN A. ROSS**
                                      **UNITED STATES DISTRICT JUDGE**